961 A.2d 856

**Edward C. LECKEY, Respondent**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 30, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of December, 2008, PennDOT's Petition for Allowance of Appeal is hereby **GRANTED;** the order of the Commonwealth Court is **VACATED,** and the matter is **REMANDED** for reinstatement of the order granting nonsuit in favor of PennDOT. *See Womer v. Hilliker,* 589 Pa. 256, 908 A.2d 269, 278 (2006) (Pa.R.C.P. 126 is available to party a who makes substantial attempt to conform to rule of civil procedure, not to a party who disregards rule's terms entirely and determines for himself what steps he can take to satisfy rule's requirements).